# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **M4SIZ LIMITED,** | ) |
|     Plaintiff, | ) |
| | )    **Civil Action No. 6:22-cv-00589-ADA** |
| v. | ) |
| | ) |
| **RETAIL ECOMMERCE VENTURES, LLC,** | ) |
|     Defendant. | ) |
| | )    **JURY TRIAL DEMANDED** |

## ORDER ON UNOPPOSED MOTION TO STAY ALL DEADLINES

After consideration, the Court **GRANTS** the Unopposed Motion to Stay All Deadlines.

It is therefore **ORDERED** that all unreached deadlines are stayed for forty-five (45) days.

SIGNED this 12th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE