UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| M4SIZ LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>RETAIL ECOMMERCE VENTURES, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 6:22-cv-00589-ADA |

## PLAINTIFF'S RESPONSE

Plaintiff M4SIZ LIMITED, Hereby Responds to the e-mail from the Court of February 16, 2024:

> Counselors,
> On 10/12/23, at ECF No. 10 Counselors represented that there was an imminent settlement. As of today no dismissal papers have been filed. By Wednesday 2/21 either file status update with a proposed order for the Court to lift the stay or dismissal papers.
> Best,
> Michael Saulnier
> Law Clerk to the Honorable Alan D Albright

Undersigned current counsel for Plaintiff, notes that DE#10 was filed in October of 2022 by prior counsel.  Undersigned counsel made his notice of appearance in September of 2023, DE#12.  Undersigned counsel reached out to Mr. William Ramey at that time for information regarding the purported settlement.  Mr. Ramey was unable to provide any information, not even the name of contact information of the purported opposing counsel.

1

Undersigned counsel also attempted to contact the Defendant at the address of record on the summons but was informed that CT Corp was not the registered agent for Defendant. Undersigned does not believe that a settlement was reached nor even discussed. M4Siz is filing a Notice of Voluntary Dismissal without prejudice.

Submitted this 21st day of February, 2024.

                      Respectfully submitted,

                      */s/ Joseph J. Zito*
                      Joseph J. Zito
                      202-466-3500
                      jzito@whitestone.law
                      **WHITESTONE LAW**
                      1850 Towers Crescent Plaza, #550
                      Tysons, Virginia 22182

                      *Attorney for M4siz Limited*

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties and opposing counsel of record.

This 21st day of February, 2024.

                                                             Respectfully submitted,

                                                             */s/ Joseph J. Zito*
                                                             Joseph J. Zito
                                                            202-466-3500
                                                            jzito@whitestone.law
                                                            **WHITESTONE LAW**
                                                            1850 Towers Crescent Plaza, #550
                                                            Tysons, Virginia 22182

                                                            *Attorney for M4siz Limited*