UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| M4SIZ LIMITED | ) )  ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| RETAIL ECOMMERCE VENTURES, LLC. | ) ) ) |
| *Defendant* | ) ) |

Civil Action No. 6:22-cv-589-ADA

**NOTICE OF VOLUNTARY DISMISSAL**
**UNDER FRCP 41(a)(1)(A)(i)**

Plaintiff hereby dismisses the above action, as to Defendant Retail Ecommerce Ventures, LLC. without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Defendants have neither answered nor moved for summary judgement. Each party to bear its own costs and fees.

Executed on February 21, 2024                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph J. Zito
　　　　　　　　　　　　　　　　　　　　　　　Joseph J. Zito
　　　　　　　　　　　　　　　　　　　　　　　Whitestone Law
　　　　　　　　　　　　　　　　　　　　　　　1850 Towers Crescent Plaza, #550
　　　　　　　　　　　　　　　　　　　　　　　Tysons, Virginia 22182
　　　　　　　　　　　　　　　　　　　　　　　202-466-3500
　　　　　　　　　　　　　　　　　　　　　　　jzito@whitestone.law
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　*M4Siz Limited*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 21, 2024 the foregoing Notice of Voluntary Dismissal was filed with the Clerk of Court using the CM/ECF system, which send a notification of such filing to counsel of record.

                                                                 /s/ Joseph J. Zito
                                                                  Joseph J. Zito